[Nos. 12684-6-III; 12913-6-III.   Division Three.   June 29, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. ORLANDO
KEITH SHERRELL, *Respondent.*

*In the Matter of the Application for Relief from
Personal Restraint of* ORLANDO KEITH SHERRELL,
*Petitioner.*

Appeal from a judgment of the Superior Court for Frank-lin County, No. 92-1-50117-1, Duane E. Taber, J., entered August 25, 1992. Judgment *affirmed* and petition *denied* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 13341-9-III.   Division Three.   June 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
J. HAMMER, *Appellant.*

Appeal from a judgment of the Superior Court for Ben-ton County, No. 93-1-00093-0, Carolyn A. Brown, J., entered June 11, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 13944-1-III.   Division Three.   June 29, 1995.]

MARGUERITE OLSEN, *Appellant*, v. THE HILLHAVEN
CORPORATION, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 92-2-00556-6, Yancey Reser, J., entered March 7, 1994. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Kennedy, JJ.